No. 940. UNITED STATES EX REL. JUMP ET AL. *v.* ICKES, SECRETARY OF THE INTERIOR. May 12, 1941. Petition

for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Neal E. McNeill* and *Seth W. Richardson* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Thomas E. Harris* and *Vernon L. Wilkinson* for respondent.